1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16

ISRAEL HERMOSILLO,                    )   Case No. EDCV 14-1443-JC
                    Petitioner,       )
                                      )   JUDGMENT
              v.                      )
                                      )
WARDEN HOLLAND,                       )
                    Respondent.       )
_____       )

17
18
19
20

        Pursuant to this Court's Memorandum Opinion and Order Denying Petition
for Writ of Habeas Corpus and Supplement Thereto and Dismissing Action, IT IS
ADJUDGED that the Petition for Writ of Habeas Corpus and the Supplement
thereto are denied and this action is dismissed with prejudice.

21
        IT IS SO ADJUDGED.
22
23
DATED: February 27, 2016
24
25
                                    _____
                                                /s/
26
                                    Honorable Jacqueline Chooljian
27                                  UNITED STATES MAGISTRATE JUDGE
28